FILED
2020 Apr-10 PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States Federal Court
Northern District of Alabama

United States

2:20-mj-68-GMB

vs

Olin Hulsey re Stalking

FILED
2020 APR 10 A 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Response to Court Order for Mental Exam

Comes now Olin Hulsey, Pro Se, in accordance to it: I will release the following documents from my VA medical record.

(1) Letter in support of service connection by Dr Martha Ban written Feb 2 2018.
(2) DBQ (Disability Benefit Questioner) written by Dr James Ball Apr 2018.
(3) Cover Letter and three Patient Abuse Reports written by Dr James Ball Apr 2018.

I expressly release these Documents from my VA Health Record. Absolutely Nothing Else.

My mental Health is not on trial, I will not submit to any mental health exam. I invoke my Constitutional Fifth Amendment Rights.

Although after the Judge intentionally provoked me and I said fuck you and the kkk, but I may have been in contempt of court, I find the Judge in contempt of the U.S. Constitution. I earned my right in combat.

This Day, 2 Apr 2020

Olin Dale Hulen
Disabled Combat Veteran

[signature]